IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILL RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3258 |
| | ) | |
| v. | ) | |
| | ) | |
| POSTMASTER GENERAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The stipulation and joint motion for protective order, filing 40, is granted and adopted.

DATED this 29th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge