IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILL RAMIREZ, | ) | 4:04CV3258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 47) is granted, as follows: Plaintiff shall have until June 27, 2005, to respond to Defendant's motion for summary judgment (filing 44).

DATED this 16th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge