IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILL RAMIREZ, | ) | 4:04CV3258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff has filed a pro se motion for reconsideration (filing 64) of the order and judgment that were entered on July 28, 2005, granting the defendant's motion for summary judgment. Because the plaintiff is represented by counsel, the filing of this motion pro se was improper. See Fed. R. Civ. P. 11(a). In any event, the plaintiff has failed to show "manifest error in the prior ruling" or "new facts or legal authority . . . which could not have been brought to the court's attention earlier with reasonable diligence," as required by NECivR 60.1(c), and also has failed to make a showing for obtaining relief from the judgment under Federal Rules of Civil Procedure 59 and 60.

IT IS ORDERED that the plaintiff's motion for reconsideration (filing 64) is denied.

August 23, 2005.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge